**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number *(if known)* _____    Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | 590-600 Realty Corp. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 90-0532529 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 31 Amber Lane<br>Oyster Bay, NY 11771<br>Number, Street, City, State & ZIP Code | <br>P.O. Box, Number, Street, City, State & ZIP Code |
| Nassau<br>County | **Location of principal assets, if different from principal place of business**<br>590-600 Fulton Avenue Hempstead, NY 11550<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:  _____

Debtor    590-600 Realty Corp.    Case number (*if known*) _____
          Name

---

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5311_

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor    See Attachment    Relationship _____
District _____ When _____ Case number, if known _____

---

Debtor    590-600 Realty Corp.                                    Case number (*if known*)
          Name

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**   _____

   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

   Contact name   _____

   Phone   _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    590-600 Realty Corp. _____    Case number (*if known*) _____
                    Name

███████ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
   of authorized
   representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     May 5, 2026 _____
                      MM / DD / YYYY

**X** /s/  Karan Singh _____     Karan Singh _____
       Signature of authorized representative of debtor        Printed name

Title    Vice-President and Treasurer _____

**18. Signature of attorney**    **X** /s/ Kevin Nash _____    Date  May 5, 2026 _____
                      Signature of attorney for debtor                    MM / DD / YYYY

Kevin Nash _____
Printed name

Goldberg Weprin Finkel Goldstein LLP _____
Firm name

125 Park Ave
New York, NY 10017-5690 _____
Number, Street, City, State & ZIP Code

Contact phone _____    Email address  knash@gwfglaw.com _____

1927656 NY _____
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 4

Debtor  590-600 Realty Corp. _____  Case number (*if known*) _____
       Name

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION _____

Case number (*if known*) _____ Chapter __11__

☐ Check if this is an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | 590-600 One Realty Corp. | | Relationship to you | Affiliate | |
| District | Eastern | When | 2/13/26 | Case number, if known | 26-40722 |
| Debtor | Fordham Fulton Realty Corp | | Relationship to you | Affiliate | |
| District | Eastern | When | 11/28/25 | Case number, if known | 25-45747 |
| Debtor | KRCM Astoria Portfolio | | Relationship to you | Affiliate | |
| District | Eastern | When | 10/8/25 | Case number, if known | 25-44859 |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page 5

## MINUTES AND COMPANY RESOLUTION
## RELATING TO THE COMMENCEMENT OF CHAPTER 11 CASE

**WHEREAS,** on May 5, 2026, a special meeting of the shareholders and officers of 590-600 Realty Corp. (the "Company") was duly called and convened, at which time the undersigned appeared to consider the filing of a Chapter 11 petition on behalf of the Company; and

**WHEREAS,** the Debtor owns two adjoining residential apartment buildings located at 590 Fulton Avenue and 600 Fulton Avenue, Hempstead, New York (collectively, the "Property"); and

**WHEREAS,** the Debtor's Property is overleveraged and subject to a recently commenced foreclosure action in the Supreme Court, Nassau County; and

**WHEREAS,** the undersigned Shareholder and Director has considered the financial challenges facing the Property and the recommendation of the Debtor's professional advisors with respect to the available options, including the commencement of a Chapter 11 case under title 11 of the United States Code (the "Bankruptcy Code"); and

**NOW, THEREFORE IT IS HEREBY RESOLVED,** that after consideration of the foregoing, the undersigned Shareholder and Directors has determined that it is in the best interests of the Company, its creditors and equity holders that a voluntary petition be filed by the Company seeking relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Eastern District of New York (the "Petition"), and the filing of such Petition be, and hereby is, authorized in all respects; and it is

**FURTHER RESOLVED,** that the Company is further authorized to either seek to restructure the underlying mortgage debt through a refinancing or otherwise or pursue an auction sale process in bankruptcy relating to the Property in order to facilitate a going concern value sale; and it is

**FURTHER RESOLVED,** that Karan Singh, as Vice-President/Treasurer of the Company is authorized (a) to execute the Chapter 11 petition and all other accompanying documents on behalf of the Company, and cause the same to be filed with the Bankruptcy Court; and (b) to negotiate, execute, verify, and file, or cause to be executed, verified, and filed, all necessary documents, including, without limitation, all petitions, affidavits, schedules, statements, lists, motions, applications, pleadings, and other papers or documents necessary or desirable to facilitate a sale of the Property in the Chapter 11 case pursuant to a liquidating plan of reorganization and disclosure statement to be filed, and to take any and all action he deems necessary and proper in connection with the bankruptcy case; and it is

**FURTHER RESOLVED,** that the Company is authorized to retain the law firm of Goldberg Weprin Finkel Goldstein LLP as counsel in the Chapter 11 case under a general retainer.

**IN WITNESS WHEREOF**, the undersigned hereby consents to and approves and adopts these resolutions as of the date set forth above and directs that this Written Consent be filed with the Company's minutes and official records.

590-600 Realty Corp.
a New York Corporation

By:  /s/ Rajmattie Persaud
     Name: Rajmattie Persaud
     Title:  100% Shareholder/President

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:                                                    Chapter 11

590-600 Realty Corp.,                                     Case No.

Debtor.

-------------------------------------------------------------x

## AFFIDAVIT PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

KARAN SINGH, hereby declares as follows under penalty of perjury:

1.      I am the Vice-President and Treasurer of 590-600 Realty Corp., the debtor and debtor-in-possession herein (the "Debtor"). I am personally familiar with the facts and circumstances set forth below. I respectfully submit this Declaration on behalf of the Debtor pursuant to Local Bankruptcy Rule 1007-4 to apprise the Court and creditors of the circumstances that necessitated the commencement of this Chapter 11 case.

### Background

2.      The Debtor is a New York business corporation which presently owns and operates two separate but adjoining multi-family residential apartment buildings located at 590 and 600 Fulton Avenue, Hempstead, New York (together, the "Properties"). The Properties in combination contain 337 residual apartments without any retail or commercial spaces.

3.      The monthly rent roll at the Properties is approximately $600,000 per month. The Properties are believed to have sufficient value to support a refinancing if disputed default interest charges are eliminated. That is the goal of the Chapter 11 case.

4.      The Properties were first acquired by the Debtor in 2010 and underwent substantial improvements, renovations and refinancings with the last refinancing occurring in 2022 based upon a mortgage loan issued by Signature Bank in the principal sum of $54 million (the

1

"Mortgage") (reduced to a current balance of $52,884,478) with regular interest at 4.5% per annum.

5.     Following the collapse of Signature Bank, the Mortgage was assigned to SIG RCRS A/B MF 2023 Venture LLC (the "Lender"), and is being serviced by Santander Bank ("Santander"). The Lender retroactively charged exorbitant default interest charges of some $8,547,132. The default interest charges were levied even though the Debtor continued to make debt service payments of approximately $273,000 per month based upon an agreed prior course of dealing.

6.     Although the Property is subject to certain remediation programs, conditions have improved considerably. Moreover, a cash reserve of $1,000,000 was established by the Debtor with Signature Bank for repairs. To date, no accounting or reconciliation has been provided to the Debtor by the Lender or Santander regarding the status of the reserve.

7.     Just recently, Santander, on behalf of the Lender. commenced foreclosure proceedings and obtained an ex parte appointment of a Receiver, Ian Lagowitz. The Debtor is responding to the foreclosure action by commencing this Chapter 11 case.

## Exit Strategy

8.     While the mortgage debt has ballooned due to disputed default interest charges, the Debtor intends to refinance the debt following adjudication of intended objections to default interest. In the interim, the Debtor will continue to pay debt service of $273,000 per month to Santander as adequate protection.

## Additional Local Rule 1007-4 Disclosures

9.     Pursuant to Local Rule 1007-4(a)(iv) and (v) no committee of creditors was formed prior to bankruptcy and this case is being filed as a voluntary case.

2

10.  Pursuant to Local Rule 1007-4(a)(vi), a list containing the names and addresses of the Debtor's twenty largest unsecured creditors is attached.

11.  Pursuant to Local Rule 1007-2(a)(vii), the Properties are subject to the outstanding mortgages held by the Lender.

12.  Pursuant to Local Rule 1007-4(a)(viii), the assets and liabilities of the Debtor, which consist primarily of the Property, will be set forth in a full set of bankruptcy schedules and statements to be filed within two weeks.

13.  Pursuant to Local Rule 1007-4(a)(ix), the sole equity shareholder of the Debtor is Rajmattie Persaud (who is my wife).

14.  Pursuant to Local Rule 1007-4(a)(x), the Property is subject to receivership although the Receiver has not yet taken possession.

15.  Pursuant to Local Rule 1007-4(a)(xi), the Property constitutes the Debtor's primary asset.

16.  Pursuant to Local Rule 1007-4(a)(xii), all of the Debtor's corporate books and records are located in my home or my offices in Queens.

17.  Pursuant to Local Rule 1007-4(a)(xiv and xvi), I am the Debtor's primary operating officer.  My wife and I do not intend to receive compensation during the Chapter 11 case.

Dated: May 5, 2026

/s/ Karan Singh

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                      Chapter 11

590-600 Realty Corp.,                                       Case No.

                          Debtor.
-------------------------------------------------------------x

## LIST OF EQUITY HOLDERS

Rajmattie Persaud                       100%

Dated: New York, New York
       May 5, 2026

                               By:    /s/ Karan Singh
                                      Name: Karan Singh
                                      Title:  Vice President

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re:                                                           Chapter 11

590-600 Realty Corp.,                                            Case No.

                              Debtor.

------------------------------------------------------------------x

1.  SIG RCRS A/B MF 2023 Venture LLC v. 590-600 Realty Corp et al.
    Supreme Court, Nassau County
    Index No. 607339/2026
    Foreclosure Action

    Plaintiff's Attorney:       David A. Pisciotta, Esq.
                                Victoria R. Serigano, Esq.
                                Reed Smith LLP
                                599 Lexington Avenue
                                New York, New York 10022

2.  Pezol Elevator Services, Inc. v. 87-40 165 Street LLC, 590-600 Realty Corp, et al.
    Supreme Court, Queens County
    Index No. 727796/2024
    Breach of Contract Action

    Plaintiff's Attorney:       Joseph Adragna, Esq.
                                58 E. Main Street
                                Huntington, NY 11743

3.  Melvin Acosta v. 590-600 Realty Corp. and Karan Singh
    Supreme Court, Nassau County
    Index No. Unassigned
    Action to Enforce FSLA settlement

    Plaintiff's Attorney:       Michael Taubenfeld, Esq.
                                Fisher Taubenfeld LLP
                                225 Broadway, Ste 1700
                                New York, New York 10007

1

4. Maria Morales v. 590-600 Realty Corp. et al.
   Supreme Court, Nassau County
   Index No: 602137/2021
   Tort Claim

   Plaintiff's Attorney:        Alex Nocerino, Esq.
                                Chopra & Nocerino, LLP
                                100 Quentin Roosevelt Blvd, Unit 107
                                Garden City, New York 11530

5. Cassilda Smith v. KRCM Realty Company Inc. et al.
   Supreme Court, Nassau County
   Index No:  614382/2021
   Tort Claim

   Plaintiff's Attorney:        Jeremy Schiowitz, Esq.
                                Isaacson, Schiowitz & Korson, LLP
                                371 Merrick Road, Suite 302
                                Rockville Centre, New York 11570

6. D. Daniels Contracting Ltd. v. 590-600 Realty Corp. et al.
   Supreme Court, Nassau County
   Index No: 617014/2025
   Breach of Contract Action

   Plaintiff's Attorney:        Daniel Hirschel, Esq.
                                Hirschel PLLC
                                124-19 Metropolitan Avenue
                                Kew Gardens, New York 11415

7. Karlos Acosta Moreno v. 590-600 Realty Corp. et al.
   Supreme Court, Queens County
   Index No: 710391/2023
   Tort Claim

   Plaintiff's Attorney:        Enrique Guerrero, Esq.
                                Guerrero & Rosengarten
                                363 7th Avenue, 7th Floor
                                New York, New York 10001

Dated: New York, New York
       May 5, 2026

                                By:    /s/ Karan Singh
                                       Name: Karan Singh
                                       Title:   Vice President

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:                                                          Chapter 11

590-600 Realty Corp.,                                    Case No.

                                   Debtor.
-----------------------------------------------------------------x

### <u>LOCAL RULE 1007-2 CORPORATE OWNERSHIP STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 1007-2(a)(7), 590-

600 Realty Corp. certifies that it is a private non-governmental party, and has no corporate

parent, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
       May 5, 2026

                                    By:    /s/ Karan Singh
                                           Name: Karan Singh
                                           Title:   Vice President

## United States Bankruptcy Court
### Eastern District of New York, Brooklyn Division

In re    590-600 Realty Corp.                                 Case No.   _____

Debtor(s)      Chapter     11

## <u>VERIFICATION OF CREDITOR MATRIX</u>

        The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:     May 5, 2026                           /s/  Karan Singh

                                                   Karan Singh/Vice-President and Treasurer
                                                Signer/Title

Date:    May 5, 2026                            /s/ Kevin Nash

                                                   Signature of Attorney
                                                   Kevin Nash
                                                   Goldberg Weprin Finkel Goldstein LLP
                                                   125 Park Ave
                                                   New York, NY 10017-5690
                                                   Fax:

Software Copyright (c) 1996-2026 Best Case, LLC  - www.bestcase.com                     Best Case Bankruptcy

Approved Oil Co.
6717 Fourth Avenue
Brooklyn, NY 11220

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

NYS Attorney General
28 Liberty St
New York, NY 10005-1400

NYS Department of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205

Pezol Elevator Services Inc.
152-53 10th Avenue, Suite 208
Whitestone, NY 11357

SIG RCRS A/B MF 2023 Venture LLC
c/o David A. Pisciotta, Esq.
Victoria R. Serigano, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022

Pezol Elevator Services, Inc.
c/o Joseph Adragna, Esq.
58 E. Main Street
Huntington, NY 11743

Melvin Acosta
c/o Michael Taubenfeld, Esq.
Fisher Taubenfeld LLP
225 Broadway, Ste 1700
New York, New York 10007

Maria Morales
c/o Alex Nocerino, Esq.
Chopra & Nocerino, LLP
100 Quentin Roosevelt Blvd, Unit 107
Garden City, New York 11530

Cassilda Smith
c/o Jeremy Schiowitz, Esq.
Isaacson, Schiowitz & Korson, LLP
371 Merrick Road, Suite 302
Rockville Centre, New York 11570

D. Daniels Contracting Ltd
c/o Daniel Hirschel, Esq.
Hirschel PLLC
124-19 Metropolitan Avenue
Kew Gardens, New York 11415

Karlos Acosta Moreno
c/o Enrique Guerrero, Esq.
Guerrero & Rosengarten
363 7th Avenue, 7th Floor
New York, New York 10001

Village of Hempstead
Receiver of Taxes
99 James A. Garner Way
Hempstead, NY 11550

Town of Hempstead
Receiver of Taxes
200 N Franklin Street
First Floor
Hempstead, NY 11550

Village of Hempstead
Village Attorney
99 James A. Garner Way
Hempstead, NY 11550

Town of Hempstead
Town Attorney
200 N Franklin Street
First Floor
Hempstead, NY 11550

National Grid
P.O. Box 371382
Pittsburgh, PA 15250-7382

PSEG Long Island
175 E Old Country Rd
Hicksville, NY 11801